*Order Entered August 20, 2012:*

PEOPLE V KING, Docket No. 301793. Reported at 297 Mich App 465. The Court orders that a special panel shall not be convened pursuant to MCR 7.215(J) to resolve the conflict between this case and *People v Brantley*, 296 Mich App 546; ___ NW2d ___ (2012).

*Order Entered September 20, 2012:*

LOUTTS V LOUTTS, Docket No. 297427. The Court orders that the September 4, 2012, opinion is hereby vacated, and a new opinion is attached.\*\*\*\*

---

\*\*\*\* New opinion reported at 298 Mich App 21—REPORTER.